```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

BRANDON MARQUIS PUGH,            )
                                 )
    Petitioner,                  )
                                 )
vs.                              ) CIVIL ACTION NO.16-00177-WS-B
                                 )
LOUIS BOYD,                      )
                                 )
    Respondent.                  )

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice as an improper successive petition.

**DONE** this 15th day of June, 2016.

          s/WILLIAM H. STEELE
          CHIEF UNITED STATES DISTRICT JUDGE